1  DANIEL J. MCCOY (CSB No. 206099)
   dmccoy@fenwick.com
2  SHEEVA J. GHASSEMI-VANNI (CSB No. 246639)
   sghassemi@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA 94041
5  Telephone:    650.988.8500
   Facsimile:    650.938.5200
6
   Attorneys for Defendant
7  MAIN STREET HUB, INC.

8  FRANK P. SARRO (CSB No. 129780)
   2121 North California Boulevard, Suite 290
9  Walnut Creek, CA 94596
   Telephone:    415.816.5141
10
   Attorney for Plaintiff
11 NORMAN KAY

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14              SAN FRANCISCO DIVISION

15

16 NORMAN KAY,                        Case No.: 3:15-cv-04666-EMC

17            Plaintiff,              **STIPULATION AND [PROPOSED]
                                      ORDER TO EXTEND DEADLINE FOR
18       v.                           MEDIATION**

19 MAIN STREET HUB, INC., and DOES 1
   through 200, inclusive,
20
            Defendants.
21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**STIPULATION**

This Stipulation and [Proposed] Order is entered into by and between counsel for Plaintiff Norman Kay ("Plaintiff") and counsel for Defendant Main Street Hub, Inc. ("Defendant") (Plaintiff and Defendant are collectively referred to hereafter as the "parties") as follows:

WHEREAS, in its February 10, 2016 Case Management and Pretrial Order for Jury Trial, the Court ordered the parties to complete Court-sponsored mediation by April 19, 2016 (Dkt. No. 25);

WHEREAS, the parties have been actively engaged in meet and confer with each other and mediator Judith D. Keyes about the date for such mediation;

WHEREAS, the number of dates for which both parties and the mediator are available to participate in mediation on or before April 19 is extremely limited;

WHEREAS, Plaintiff's counsel has several hearings and a trial in April, Defendant's company representative has limited availability through April, and the parties need enough time to conduct meaningful discovery prior to mediation;

WHEREAS, the parties have identified May 16, 2016 as a date that will work for the parties and the mediator; and

WHEREAS, both parties and the mediator concur with this request to extend the deadline to May 16, 2016.

NOW THEREFORE, the parties through their respective counsel of record, hereby stipulate, subject to Court approval, as follows:

1.      The deadline for completing Court-sponsored mediation shall be extended from April 19, 2016, to May 16, 2016.

///

///

///

///

///

///

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIP AND [PROPOSED] ORDER TO
EXTEND MEDIATION DEADLINE                2                Case No.: 3:15-cv-04666-EMC

IT IS SO STIPULATED.

Dated: March 24, 2016                    FENWICK & WEST LLP

                                          By:   /s/ Sheeva J. Ghassemi-Vanni
                                                Sheeva J. Ghassemi-Vanni

                                                Attorneys for Defendant
                                                MAIN STREET HUB, INC.

Dated: March 24, 2016                    FRANK SARRO LAW

                                          By:   /s/ Frank P. Sarro
                                                Frank P. Sarro

                                                Attorney for Plaintiff
                                                NORMAN KAY

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadline for completing

Court-sponsored mediation shall be extended from April 19, 2016, to May 16, 2016. 5/12/16

status conference reset for 6/2/16 at 10:30 a.m. Updated joint status report
due 5/26/16.

Dated: _____3/28/2016_____



Honorable Edward M. Chen
United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

**ATTORNEY ATTESTATION**

2

I, Sheeva J. Ghassemi-Vanni, am the ECF User whose identification and password are

3

being used to file this **STIPULATION AND [PROPOSED] ORDER TO EXTEND**

4

**DEADLINE FOR MEDIATION**.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest

5

that all signatories have concurred in this filing.

6

Dated: March 24, 2016                    FENWICK & WEST LLP

7

8

By:    /s/ Sheeva J. Ghassemi-Vanni

9

Sheeva J. Ghassemi-Vanni

10

Attorneys for Defendant
MAIN STREET HUB, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW