UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN KAY<br><br>    Plaintiff,<br><br>    v.<br><br>MAIN STREET HUB, INC.,<br><br>    Defendant. | Case No. 15-cv-04666-EMC<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: May 16, 2016<br>Mediator: Judith Keyes |

IT IS HEREBY ORDERED that the request to excuse Shiva Altadonna, defendant Main Street Hub, Inc.'s insurance representative for Arch Insurance Group, from appearing in person at the May 16, 2016, mediation before Judith Keyes is GRANTED.  The representative shall participate actively for the duration of the mediation by joining telephonically as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: May 4, 2016

Maria-Elena James
United States Magistrate Judge