DANIEL J. MCCOY (CSB No. 206099)
dmccoy@fenwick.com
SHEEVA J. GHASSEMI-VANNI (CSB No. 246639)
sghassemi@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

Attorneys for Defendant
MAIN STREET HUB, INC.

FRANK P. SARRO (CSB No. 129780)
2121 North California Boulevard, Suite 290
Walnut Creek, CA 94596
Telephone:     415.816.5141

Attorney for Plaintiff
NORMAN KAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORMAN KAY,<br><br>    Plaintiff,<br><br>  v.<br><br>MAIN STREET HUB, INC., and DOES 1<br>through 200, inclusive,<br><br>    Defendants. | Case No.: 3:15-cv-04666-EMC<br><br>**JOINT NOTICE OF SETTLEMENT<br>AND REQUEST TO CONTINUE<br>STATUS CONFERENCE<br>AND [~~PRO~~POSED] ORDER** |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    Plaintiff Norman Kay and Defendant Main Street Hub, Inc. hereby notify the Court that

2 they have reached an agreement in principle that will result in dismissal of this action with

3 prejudice.  The Parties reached their agreement in principle on May 16, 2016.  The Parties are

4 currently in the process of memorializing the terms of their agreement in a binding settlement

5 agreement.  In the interests of judicial efficiency and avoiding unnecessary litigation related

6 expenses, the Parties respectfully request that the Court continue the status conference currently

7 scheduled for June 2, 2016 for sixty days.

8

9 Dated: May 25, 2016                    FENWICK & WEST LLP

10

11 By:    /s/ Sheeva J. Ghassemi-Vanni
                                                    Sheeva J. Ghassemi-Vanni

12

13 Attorneys for Defendant
                                                    MAIN STREET HUB, INC.

14

15 Dated: May 25, 2016                    FRANK SARRO LAW

16

17 By:    /s/ Frank P. Sarro
                                                    Frank P. Sarro

18

19 Attorney for Plaintiff
                                                    NORMAN KAY

20

21 ///

22 ///

23 ///

24 ///

25 ////

26 ///

27 ///

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**ATTORNEY ATTESTATION**

I, Sheeva J. Ghassemi-Vanni, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 25, 2016                    FENWICK & WEST LLP

                                       By: _/s/ Sheeva J. Ghassemi-Vanni_
                                            Sheeva J. Ghassemi-Vanni

                                            Attorneys for Defendant
                                            MAIN STREET HUB, INC.

**[PROPOSED] ORDER**

Pending finalization of the parties' settlement agreement and subsequent dismissal of this action with prejudice, the Court hereby continues the case management conference currently scheduled for June 2, 2016 to _____August 4, 2016 at 10:30 a.m._____.

IT IS SO ORDERED.

Dated: ___May 26_____, 2016



The Honorable
United States

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW