FRANK P. SARRO (SBN 129780)
2121 N. California Blvd., Suite 290
Walnut Creek, CA 94596
Telephone (415) 816-5141

Attorney for Plaintiff
NORMAN KAY

DANIEL J. MCCOY (SBN 206099)
SHEEVA J. GHASSEMI-VANNI (SBN 246639)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone (650) 988-8500

Attorneys for Defendant
MAIN STREET HUB, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN KAY, | Case No. 15-cv-04666-EMC |
| Plaintiff, | STIPULATED DISMISSAL |
| v. | |
| MAIN STREET HUB, INC., et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate that this case be dismissed in its entirety, with prejudice, each party to bear its own costs and attorney's fees.

Dated: June 21, 2016          FRANK P. SARRO


                              By:   ___/s/_____
                                    Frank P. Sarro
                                    Attorney for Plaintiff

_____

Stipulated Dismissal

1

2  Dated: June 21, 2016                FENWICK & WEST

3

4                                      By:    __/s/_____
                                             Sheeva Ghassemi-Vanni
5                                            Attorneys for Defendant

6

7

8  IT IS SO ORDERED

9  _____
   Edward M. Chen
10 U.S. District Judge

11

*IT IS SO ORDERED*
*Judge Edward M. Chen*